368 A.2d 270

COMMONWEALTH of Pennsylvania

v.

Flossie Marie DANIELS, Appellant
(two cases).

Supreme Court of Pennsylvania.

Argued Jan. 20, 1976.

Decided April 28, 1977.

William F. Coyle, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Gold-blatt, Asst. Dist. Atty., Chief, Appeals Div., James J. Wilson, Asst. Dist. Atty., for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Judgments of sentence affirmed.

JONES, former C. J., did not participate in the consideration or decision of this case.